■ In the Matter of ERIC R. LUTKER et al., Respondents, v WILLIAM J. BYRNE, as Chairman of the Planning Board of the Town of Huntington, et al., Appellants. [598 NYS2d 993] —Appeal by the members of the Planning Board of the Town of Huntington from a judgment of the Supreme Court, Suffolk County (Copertino, J.), entered December 20, 1990.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Justice Copertino at the Supreme Court. Rosenblatt, J. P., Miller, Eiber and Pizzuto, JJ., concur.